**UNITED STATES of America,**
**Appellee,**

**v.**

Cesar **ABUNDIS–QUESADAS,** also known as Isidro Martinez–Luna, also known as Isidro L. Martinez, also known as Isidro Luna Martinez, also known as Cesar Abundis, also known as Cesar Abundis–Quesea, also known as Cesar Abondis, also known as Cesar Quezea, also known as Cesar Abundis–Casada, also known as Cesar Abundis–Quesada, Appellant.

1. The Honorable Susan Webber Wright, Chief Judge, United States District Court for the

**No. 00–3580.**

United States Court of Appeals, Eighth Circuit.

Submitted Feb. 6, 2001.

Decided March 6, 2001.

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

Eastern District of Arkansas.

[UNPUBLISHED]

PER CURIAM.

Cesar Abundis–Quesadas pleaded guilty to illegally re-entering the United States after deportation, in violation of 8 U.S.C. § 1326(a). His sentence was enhanced under section 1326(b)(2) and U.S.S.G. § 2L1.2(b)(1)(A) because he had previously been deported after being convicted of an aggravated felony. The district court[1] sentenced him to 77 months imprisonment and 2 years supervised release.

Abundis–Quesadas argues on appeal, as he did below, that the fact of his prior aggravated-felony conviction had to be charged in the indictment and proven beyond a reasonable doubt because *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), is no longer good law in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). We reject this argument because the *Apprendi* Court declined to overrule *Almendarez–Torres, id.* at 2362, and we have previously declined to read *Apprendi* as disturbing the holding of *Almendarez–Torres, see United States v. Rush,* 240 F.3d 729, 731 (8th Cir.2001) (per curiam) (*Apprendi* does not apply to fact of prior conviction); *United States v. Aguayo–Delgado,* 220 F.3d 926, 932 n. 4 (8th Cir.) ("In *Apprendi,* the Court left *Almendarez–Torres* untouched, although [it] expressed a willingness to reconsider it."), *cert. denied,* 531 U.S. 1026, 121 S.Ct. 600, 148 L.Ed.2d 513 (2000).

Accordingly, we affirm the judgment of the district court.

---

[1.] The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.